OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

David S. FISHBONE, Respondent.

No. 16 Disciplinary Docket No. 3.
Disciplinary Board No. 25 DB 94.

Supreme Court of Pennsylvania.

May 31, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of May, 1995, there having been filed with this Court by David S. Fishbone his verified Statement of Resignation dated April 27, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of David S. Fishbone be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

W. Gustave McGEORGE, Respondent.

No. 909 Disciplinary Docket No. 2.
Disciplinary Board No. 124 DB 92.

Supreme Court of Pennsylvania.

June 1, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of May, 1995, upon consideration of the record, it is hereby ORDERED that respondent be and he is suspended from the Bar of this Commonwealth for a period of three (3) months and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.